UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 10-10319-MLW |
| | ) | |
| CRAIG KARLIS | ) | |

ORDER ON PRIVILEGE SCHEDULE

May 14, 2013

SOROKIN, C.M.J.

Defendant Aykil, though a fugitive, by way of his counsel has reviewed documents seized or obtained in the course of the investigation of this matter to identify documents protected by his attorney-client privilege. Aykil's counsel has identified approximately 1900 such documents. A taint team AUSA has reviewed these documents and concluded that: (1) 56 documents are privileged, but discoverable by defendant Karlis; (2) 105 documents are privileged but potentially subject to disclosure under the Jencks Act; (3) 584 documents are not privileged and (4) the remaining 1,246 documents are privileged and not subject to disclosure on any other ground. In support of these conclusions, the taint team AUSA sent a letter on May 7, 2013 to Aykil's counsel and filed a copy with the Court under seal. The request to seal that letter is ALLOWED. has filed a motion with the Court under seal. The Court will treat this letter as a motion. The deadline for filing a response with the Court to this Motion is **May 21, 2013**.

If Aykil fails to file a timely opposition to disclosure, the Court will deem this failure a knowing and voluntary waiver of any attorney-client privilege Aykil may have had in those

document(s) listed in the first three (not just category 3) the categories above and order all the documents disclosed to defendant Karlis.  If Aykil files an opposition, then the taint team AUSA shall have fourteen days to respond to Aykil's filing.  If the opposition addresses only some of the documents falling within the first three categories listed above, then as to the unaddressed documents the Court will deem the failure a knowing and voluntary waiver of any privilege and order those documents disclosed.

      The government shall serve this Order on Aykil's counsel within one day and shall file a certificate of service on the docket.

      SO ORDERED.

/s/ Leo T. Sorokin
LEO T. SOROKIN
Chief United States Magistrate Judge