UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 10-10319-MLW |
| v. ) | |
| (1) CRAIG A. KARLIS ) <br> Defendant ) | |

**JOINT MOTION FOR PRE-TRIAL CONFERENCE AND
FOR ORDER OF EXCLUDABLE DELAY PURSUANT TO THE SPEEDY TRIAL ACT**

The government and defendant Craig Karlis ("Karlis") jointly move the Court to schedule a pre-trial conference in the above-captioned matter and also move for an order designating the period from August 30, 2013, through the date of the pre-trial conference, as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(1)(D) and (7)(A). As grounds for this Motion, the parties state as follows:

1. Since the return of the original Indictment on October 6, 2010, which was followed by the return of a Superseding Indictment on October 3, 2012, the parties have been engaged in the production and review of discovery, including, among other things, a lengthy privilege review.

2. With the defendant's assent, Chief Magistrate Judge Leo T. Sorokin has granted a series of continuances in order to allow discovery to proceed and, also with the defendant's assent, issued a series of Orders excluding the time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), on the grounds that the ends of justice served by requesting the continuances outweighed the best interests of the public and the

*[Handwritten annotation:]* The request for exclusion of time is hereby allowed. A pretrial conference will be held on December 5, 2013, at 3 p.m. The court may then hear the argument that is required on the motion to sever and schedule a date to do so. — /s/ W.J. D.J. Oct. 24, 2013