UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 10 cr 10319 MLW |
| | ) | |
| CRAIG KARLIS | ) | |

### MOTION TO EXCUSE THE PRESENCE OF THE DEFENDANT

The defendant respectfully moves the Court to excuse his appearance at the pretrial conference and motion hearing scheduled on December 5, 2013 at 3:00 o'clock p.m.

In support hereof, the defendant respectfully says that he has been and is presently suffering from an extremely serious medical condition, and that a personal appearance on December 5th may well be detrimental to him.

Counsel for the defendant also seeks leave to provide the details of the defendant's condition to the Court on the record *in camera* or at sidebar.

Craig Karlis
By his attorney,

/s/ *Michael F. Natola*

November 21, 2013

MICHAEL F. NATOLA
BBO No. 367580
NATOLA ASSOCIATES, LLC
175 Andover Street, Suite 205
Danvers, Massachusetts 01923
Telephone – (978) 739-9300
Facsimile – (978) 739-9301
E-mail – MNatola@NatolaAssociates.com

*[Handwritten annotation:]* In view of the November 12, 2013 letter from D v. Elizabeth Buchbinder, which is under seal, this Motion is hereby allowed. Counsel shall confer and be prepared to address the implications of that letter for the scheduling of trial. Wolf, D.J.  December 2, 2013

1